**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7179**

———————

CHARLES BENNIE HUNT,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA; MICHAEL EASLEY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-98-9-H-5)

———————

Submitted:  October 8, 1998       Decided:  October 28, 1998

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles Bennie Hunt, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Bennie Hunt appeals the district court's order denying his motion for relief from judgment or in the alternative, motion for transfer of action. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny Hunt's motion to proceed on appeal in forma pauperis and dismiss the appeal on the reasoning of the district court. Hunt v. North Carolina, No. CA-98-9-H-5 (E.D.N.C. July 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2